# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

13 OCT 29 AM 11:42

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>ANGEL ANTONIO CARILLO,<br><br>      Defendant. | CASE NO. 12CR4708-CAB<br><br>DEPUTY<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

_X_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

  Title 18 U.S.C. Sec. 1361 - Destruction of Government Property

---

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 29, 2013

                     Cathy Ann Bencivengo
                     U.S. District Judge